# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

MISC. CASE # 19-290
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rec # 032668

November 4, 2019

**BY HAND DELIVERY**

John A. Cerino
Clerk of the Court
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *OI European Group B.V. v. Bolivarian Republic of Venezuela*;
Registration of Judgment from Another District

Dear Mr. Cerino:

Enclosed please find the following documents issued by the Clerk of the United States District Court for the District of Columbia: (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of the Judgment.

Kindly register this judgment in the District of Delaware.

OI European Group B.V. ("OIEG") previously commenced a separate action in this Court – *OI European Group B.V. v. Bolivarian Republic of Venezuela, et al.*, Case No. 19-290 (D. Del.) (LPS) – and here will seek identical relief that this Court granted in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-151 (D. Del.) (LPS). These other actions are currently assigned to Chief Judge Leonard P. Stark. Accordingly, OIEG respectfully requests that this action be assigned to Chief Judge Stark because it is related to numerous other actions already pending before Chief Judge Stark.

Thank you in advance for your attention to this matter. Please let me know if you need any further information.

Morgan, Lewis & Bockius LLP

The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
United States
+1.302.574.3000
+1.302.574.3001

DB1/ 108857946.3

John A. Cerino
November 4, 2019
Page 2

Sincerely,

*Jody C. Barillare*

Jody C. Barillare

JCB

cc: Sabin Willett
    Christopher L. Carter