IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. NO. 19-mc-290-LPS |

**MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1.5, Plaintiff and judgment creditor OI European Group B.V. ("OIEG") moves for reconsideration of the Court's Memorandum Order of December 12, 2019 (the "Order"), insofar as the Order denies OIEG's motion for an attachment. As grounds, OIEG relies on the Second Supplemental Declaration of Christopher L. Carter., and its Memorandum in Support, and says:

1. For the reasons set out in the memorandum, the Court should reconsider and vacate its Order denying OIEG's motion for attachment.

2. In light of current OFAC sanctions, the Court cannot today issue a writ of attachment. However, it is evident from the Court's somewhat flexible stay of the Crystallex proceedings that a sale process could commence relatively soon.

3. For the reasons set out in the motion, the factual record supports the grant of a writ to OIEG. Judicial economy will accordingly be served by a determination of those facts now, and

the issuance of a declaration that, upon the issuance of a license by OFAC, OIEG will be entitled to issuance of a writ. Following this course would avoid undue delay to other creditors, such as Crystallex.

4. In such event, exercise of foreclosure would abide the Court's stay in the Crystallex matter and the issuance of any further necessary approvals.

**WHEREFORE**, Plaintiff prays that the Court:

Vacate paragraph 5 of the Order, schedule a hearing on the motion for attachment, and after hearing, declare that PDVSA is the alter ego of Venezuela, and that OIEG has demonstrated entitlement to the issuance of a writ of attachment, upon the licensure thereof by OFAC.

*In the alternative,* OIEG prays that the Court vacate paragraph 5 of the Order, and stay further proceedings on the motion for attachment for sixty days, pending a status conference to be scheduled within that time.

OIEG prays for such other and further relief as may be just and proper.

Dated: December 23, 2019

Respectfully submitted,

*/s/ Jody C. Barillare*
Jody C. Barillare, Bar No. 5107
MORGAN, LEWIS & BOCKIUS LLP
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
Telephone: 302-574-3000
Facsimile: 302-574-3001
jody.barillare@morganlewis.com

Sabin Willett (*pro hac vice*)
Christopher L. Carter (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston MA 02110

                    Telephone: 617-341-7700
                    Facsimile: 617-341-7701
                    sabin.willett@morganlewis.com
                    christopher.carter@morganlewis.com

*Attorneys for Plaintiff, OI European Group B.V.*