**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 19-mc-290-LPS |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen C. Childs of Abrams & Bayliss LLP hereby enters his appearance in the above-captioned action on behalf of defendant Bolivarian Republic of Venezuela. This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned.

Respectfully submitted,

 /s/ Stephen C. Childs
Stephen C. Childs (#6711)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
childs@abramsbayliss.com

*Attorneys for Defendant Bolivarian Republic of Venezuela*

Dated: May 29, 2020