# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

OI EUROPEAN GROUP B.V.,

    Plaintiff,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.

C.A. No. 19-mc-290 (LPS)

**FEBRUARY 19, 2021 DECLARATION OF CHRISTOPHER L. CARTER**

I, Christopher L. Carter, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate in the law firm of Morgan, Lewis & Bockius LLP, which is counsel for Plaintiff and judgment creditor OI European Group B.V. ("OIEG") in the above-captioned action.

2. I make this declaration in support of Plaintiff's Renewed Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* filed on February 19, 2021.

3. OIEG is providing notice of Plaintiff's Renewed Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* to (a) PDV Holding, Inc. ("PDVH"), (b) Petróleos de Venezuela, S.A. ("PDVSA"), and (c) Defendant and Judgment debtor Bolivarian Republic of Venezuela ("Venezuela"), respectively, by sending true and correct copies of the motion and all supporting documents to: (1) Kenneth J. Nachbar, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, counsel to PDVH in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del.)

("*Crystallex*"); (2) PDVH, c/o its registered agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, PDVH's registered agent; (3) Samuel T. Hirzel, Heyman Enerio Gattuso & Hirzel LLP, 300 Delaware Avenue, Suite 200, Wilmington, DE 19801, counsel to PDVSA in *Crystallex* and *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*, Case. No. 20-mc-257 (D. Del.) ("*Northrop*"); (4) Joseph D. Pizzurro, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178, counsel to PDVSA in *Crystallex* and *Northrop*; (5) Joseph E. Neuhaus, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, counsel to Venezuela; and (6) A. Thompson Bayliss, Abrams & Bayliss, 20 Montchanin Road, Suite 200, Wilmington DE, 19807, counsel to Venezuela.

4.   On March 1, 2019, OIEG applied for an OFAC license for authorization to pursue enforcement of OIEG's ICSID award against the Bolivarian Republic of Venezuela in United States courts.

5.   Attached hereto as Exhibit 1 is a true and correct copy of the order issued by the District Court for the District of Columbia, dated May 21, 2019, granting OIEG's summary judgment motion and confirming OIEG's arbitral award against Venezuela.

6.   Attached hereto as Exhibit 2 is a true and correct copy of the judgment that was entered against Venezuela in favor of OIEG by the District Court for the District of Columbia, dated May 21, 2019.

7.   Attached hereto as Exhibit 3 is a true and correct copy of the opinion and order issued by the District Court for the District of Columbia, dated November 1, 2019, granting OIEG's motions for relief pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963.

8. Attached hereto as Exhibit 4 is a true and correct copy of Official Gazette No. 1.769 issued by the Venezuelan Government, dated August 29, 1975, which created PDVSA pursuant to the Organic Law that Reserves the Hydrocarbons Industry and Commerce ("Nationalization Law"), along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 11 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Aug. 14, 2017) [Dkt. No. 4].

9. Attached hereto as Exhibit 5 is a true and correct copy of Official Gazette No. 1.770 issued by the Venezuelan Government, dated August 30, 1975, which mandated the creation of PDVSA, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 12 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Aug. 14, 2017) [Dkt. No. 4].

10. Attached hereto as Exhibit 6 is a true and correct copy of Official Gazette No. 38.081 issued by the Venezuelan Government, dated December 7, 2004, which adopts PDVSA's Articles of Incorporation, directs PDVSA to "comply with and implement the policy on hydrocarbons enacted by the National Executive Branch," and calls for PDVSA's Board of Directors, President, Vice Presidents, and Shareholder Council to be appointed by Executive Order of the President, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 13 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Aug. 14, 2017) [Dkt. No. 4].

11. Attached hereto as Exhibit 7 is a true and correct copy of Official Gazette No. 6.147 issued by the Venezuelan Government, dated November 17, 2014, enacting the Public Administration Organic Law, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 14 to the Declaration of Jason Myatt filed in *Crystallex Int'l*

*Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Aug. 14, 2017) [Dkt. No. 4].

12.     Attached hereto as Exhibit 8 is a true and correct copy of the Guidelines for the Renegotiation of the Chavez/Maduro Era Legacy Public External Debt, published on July 1, 2019, by the Office of the Special Attorney General of the Bolivarian Republic of Venezuela at https://www.creditslips.org/files/wp-deuda-oper-eng.pdf.

13.     Attached hereto as Exhibit 9 is a true and correct copy of the Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela, issues on January 23, 2019 and available at https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/.

14.     Attached hereto as Exhibit 10 is a true and correct copy of the List of Permanent Representatives and Observers to the United Nations in New York as of January 28, 2021, available at https://protocol.un.org/dgacm/pls/site.nsf/files/HoM/$FILE/HeadsofMissions.pdf.

15.     Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Jose Ignacio Hernandez filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Aug. 14, 2017) [Dkt. No. 8].

16.     Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Alejandro Schmilinsky filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Nov. 3, 2017) [Dkt. No. 29].

17.     Attached hereto as Exhibit 13 is a true and correct copy of a news report titled "Venezuelan PDVSA officially moves its office from Lisbon to Moscow," published by CE Notiscias Financieras and dated September 11, 2019.

18. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a news report titled "Venezuelan Guaido's team proposed 90-day truce to PDVSA bondholders: sources," published by Reuters and dated October 18, 2019.

19. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a news report titled "Allies of Venezuela's Guaido file lawsuit over PDVSA 2020 bond," published by Reuters and dated October 29, 2019.

20. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a news report titled "Venezuela's Maduro pledges funds for Argentine shipyard to finish PDVSA tankers," published by Reuters and dated November 4, 2019.

21. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a press release from the U.S. Department of the Treasury entitled "United States Government Continues Pressure on Former Maduro Regime," dated January 21, 2020 and available at https://home.treasury.gov/news/press-releases/sm884.

22. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of a press release from the U.S. Department of the Treasury entitled "Treasury Targets Venezuelan Oil Sector Sanctions Evasion Network," dated January 19, 2021 and available at https://home.treasury.gov/news/press-releases/sm1239.

23. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a press release from the U.S. Department of the Treasury entitled "Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A.," dated January 28, 2019 and available at https://home.treasury.gov/news/press-releases/sm594.

24. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Executive Order 13857, dated January 25, 2019 and available at https://home.treasury.gov/system/files/126/13857.pdf.

25. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of OFAC Frequently Asked Question 660, available at https://home.treasury.gov/policy-issues/financial-sanctions/faqs/660.

26. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Executive Order 13884, dated August 5, 2019 and available at https://www.govinfo.gov/content/pkg/FR-2019-08-07/pdf/2019-17052.pdf.

27. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of the Declaration of Jose Ignacio Hernandez filed in *Tidewater v. Bolivarian Republic of Venezuela*, Case No. 19-mc-0079 (D. Del. June 1, 2020) [Dkt. No. 15],

28. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of the Declaration of Ambassador Carlos Alfredo Vecchio, filed as Exhibit A to the Declaration of Joseph E. Neuhaus [Dkt. No. 12].

29. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of OFAC Frequently Asked Question 808, available at https://home.treasury.gov/policy-issues/financial-sanctions/faqs/808.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on February 19, 2021.

_____
Christopher L. Carter