IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | C.A. No. 19-mc-290 (LPS) |

## DECLARATION OF BARBARA MIRANDA

I, Barbara Miranda, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am an attorney and the Director of Investigations at the law firm of Sequor Law, P.A., which is counsel for Plaintiff and judgment creditor OI European Group B.V. ("OIEG") in the above-captioned action.

2. I am fluent in both English and Spanish.

3. I make this declaration in support of Plaintiff's Renewed Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias*.

4. From December 11, 2020, through February 17, 2021, the official PDVSA Twitter account (@PDVSA) has retweeted Mr. Maduro's Tweets (at @NicolasMaduro) more than 460 times.

5. Attached hereto as Exhibit 1 is a true and correct copy of a news report titled "EU, Lima Group sour on Venezuela's Guaido," published by Argus Media and dated January 6, 2021.

6. Attached hereto as Exhibit 2 is a true and correct copy of a screenshot taken on February 15, 2021, of PDVSA's corporate governance information as posted on PDVSA's website, http://www.pdvsa.com/index.php?option=com_content&view=article&id=6558&Itemid=891&lang=en (last visited February 15, 2021).

7. Attached hereto as Exhibit 3 is a true and correct copy of a news report titled "Venezuelan Prosecutor to Investigate Guaido Appointments," published by AP News and dated February 14, 2019.

8. Attached hereto as Exhibit 4 is a true and correct copy of a news report titled "Venezuela Lawmakers Loyal to Maduro Open Door to Prosecution of Guaido," published by Reuters and dated April 2, 2019.

9. Attached hereto as Exhibit 5 is a true and correct copy of a press release issued by CITGO Petroleum on February 28, 2020 titled "Gerd Knutsen Released from Seizure," available at https://www.citgo.com/press/news-room/news-room/2020/gerd-knutsen-released-from-seizure.

10. Attached hereto as Exhibit 6 is a true and correct copy of a news report titled "Venezuela's oil producer to open its Moscow office in April," published by the Financial Times and dated March 18, 2019.

11. Attached hereto as Exhibit 7 is a true and correct copy of a news report titled "Exclusive: After U.S. sanctions, Venezuela seeks to collect from oil payments via Rosneft," published by Reuters on April 18, 2019.

12. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a news report titled "Venezuela sells oil to Turkey-registered firm, as sanctions bite," published by Al Jazeera Media Network on July 8, 2019.

13. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a news report titled "Venezuela's PDVSA brings in Indian firm to help revive crude output, repair refineries," published by S&P Global on November 12, 2019.

14. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a PDVSA press release titled "Presidente Maduro Anuncia Nuevo Esquema de Precios y Subsidio de la Gasolina," published by PDVSA and dated May 30, 2020. The article was published in the Spanish language. The first paragraph of the article is accurately translated in the English language as "The President of the Bolivarian Republic of Venezuela, Nicolás Maduro announced that as of June 1 all gas stations in the country will be opened, with a new price and participation scheme, within the framework of the new internal hydrocarbon policy."

15. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a news report titled "Trabajador de PDVSA, Arrestado Tras Criticar a Maduro: Dirigente Sindical," published by Infobae, an Argentinian news website, and dated May 11, 2020. The article was published in the Spanish language. The first paragraph of the article is accurately translated in the English language as "An employee of the maritime unit of the state-owned Petróleos de Venezuela was arrested after criticizing President Nicolás Maduro in a meeting with company leaders, according to a source present at the meeting."

16. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of Venezuela's Official Gazette No. 6.531 titled "Gaceta Oficial de la Republica Bolivariana de Venezuela," and dated April 27, 2020. The Official Gazette was published in the Spanish language. Article 1 of Decree

Number 4.190 is accurately translated in the English language as "I [President Maduro] appoint as Minister of the Popular Power of Petroleum, the citizen Tareck El Aissami, holder of Identity Card No. V-12.354.211, as Person in Charge, who will exercise the powers inherent to the aforementioned position, in accordance with the current legal system." Similarly, Article 1 of Decree Number 4.191 is accurately translated in the English language as "I [President Maduro] appoint as President of the state-owned entity Petróleos de Venezuela, S.A. (PDVSA); and of its Board of Directors, the citizen Asdrubal Jose Chavez Jimenez, holder of Identity Card No. V-4.259.859, as Person in Charge, who will exercise the powers inherent to the aforementioned position, in accordance with the current legal system."

17.     Attached hereto as Exhibit 13 is a true and correct copy of a news report titled "Maduro Nombra a un Primo de Chávez Presidente de la Filial de PDVSA en EEUU," published by El Pais, a Spanish newspaper, and dated November 23, 2017.  The article was published in the Spanish language.  The first paragraph of the article is accurately translated in the English language as "Asdrúbal Chávez, a cousin of the late Hugo Chávez, will control Citgo by decision of the president, Nicolás Maduro."

18.     Attached hereto as Exhibit 14 is a true and correct copy of a PDVSA press release titled "The Presidential Commission "Ali Rodriguez Araque" for the Defense, Restructuring and Reorganization of the Oil Industry," dated February 20, 2020, as posted on PDVSA's website. http://www.pdvsa.com/index.php?option=com_content&view=article&id=9472:the-presidential-commission-ali-rodriguez-araque-for-the-defense-restructuring-and-reorganization-of-the-oil-industry&catid=10&Itemid=908&lang=en (last visited February 16, 2021).

19. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a screenshot of the official website of the Department of Homeland Security taken on August 11, 2020, reporting Tareck El Aissami as a wanted specially designated narcotics trafficker.

20. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a news report titled "PDVSA's New Head Has Been Planning a Drastic Reorganization," published by Bloomberg and dated April 28, 2020.

21. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a news report titled "Venezuela Appoints Alleged Drug Trafficker El Aissami as Oil Minister," published by Reuters and dated April 27, 2020.

22. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of a news report titled "PDVSA le Quita Unilateralmente la Concesión a Estaciones de Servicio," published by Crónica Uno, a Venezuelan news website, and dated June 27, 2020. The article was published in the Spanish language. The third paragraph of the article is accurately translated in the English language as "This Saturday, June 27, at least 10 service station concessionaires in Caracas received a communication from PDVSA in which it unilaterally terminated the contracts and granted them a 72-hour period to deliver the supplies to the state oil company." The first paragraph of the notice included in this article is accurately translated in the English language as "According to the conditions established between PDVSA Petroleo and the Vendor for the purchase, sale, and supply of fuels, through instructions issued by the Ministry of Popular Power of Petroleum through the National Executive, it establishes that the fuel dispensing service is a public service and of first necessity, of obligatory fulfillment, shows character of continuity and equality in the sense that such activities, by order of the Vendor, cannot be interrupted under any pretext or circumstance

and must be given at the request of every user who pays the product, in equal conditions and terms, and without any exceptions, except those established in the Venezuelan legal system."

23. Attached hereto as Exhibit 19 is a true and correct image of a tweet posted by PDVSA's official Twitter account (@PDVSA) on June 1, 2020. The tweet is accurately translated in the English language as "We continue in the process of inspecting Service Stations. We ask for patience as we continue optimizing this process. We are going through a radical change in the supply of gasoline that will improve the conditions of our people." The tweet contains a video of Asdrubal Chavez acting as PDVSA's president and giving a press release at a service station.

24. Attached hereto as Exhibit 20 is a true and correct copy of a tweet posted by Tareck El Aissami on Twitter (@TareckPSUV) on May 27, 2020. The tweet is accurately translated in the English language as "We have held a fruitful videoconference with the Secretary General of OPEC, Mr. Mohammad Barkindo, to strengthen our ties of cooperation and coordination in the face of the great challenges currently facing the world energy industry." The tweet contains a photograph of Asdrubal Chavez and Tareck El Aissami attending a virtual OPEC meeting.

25. Attached hereto as Exhibit 21 is a true and correct copy of a tweet posted on Twitter by Tareck El Aissami (@TareckPSUV) on May 25, 2020. The tweet is accurately translated in the English language as "Images of the arrival of the first vessel "Fortune" at our refinery El Palito. We continue to advance and OVERCOME!!" (emphasis in original Spanish). The tweet contains a photograph of Iranian oil carriers docked at a Venezuelan port.

26. Attached hereto as Exhibit 22 is a true and correct copy of a tweet posted by Tareck El Aissami on Twitter (@TareckPSUV) on May 23, 2020. The tweet is accurately translated in the English language as "The ships of our sister Islamic Republic of Iran are now in our Exclusive Economic Zone, as our beloved Commander CHÁVEZ would say, "The Blue Venezuela",

6

accompanied by our BOLIVARIAN ARMADA as a symbol of the brotherhood and the strength of our union."

27.     Attached hereto as Exhibit 23 is a true and correct copy of a news report entitled "Maduro Sube el Precio de la Gasolina y Abre la Puerta a la Venta en Dólares," published by ABC Internacional, a Spanish newspaper, and dated May 31, 2020.  The article was published in the Spanish language.  The first paragraph of the article is accurately translated in the English language as "After two decades without adjustments, Nicolás Maduro finally decided to increase the price of gasoline, which will cost 5,000 bolivars (0.019 euros) per liter.  The president explained that fuel would be sold at this new price at 1,500 service stations throughout the country starting next Monday.  The head of the Chavista regime made his announcements today in a broadcast of the Venezuelan state television network (VTV)."

28.     Attached hereto as Exhibit 24 is a true and correct copy of a news report titled "How Venezuela's Presidential Standoff Fizzled Out," published by The Washington Post and dated July 31, 2020.

29.     Attached hereto as Exhibit 25 is a true and correct copy of a news report titled "Venezuela's Congress to Voice Concern to U.S. over Nynas Sanctions Removal," published by Reuters and dated May 13, 2020.

30.     Attached hereto as Exhibit 26 is a true and correct copy of a news report titled "Venezuela's opposition-controlled PDVSA board criticizes Nynas deal," published by Reuters and dated May 13, 2020.

31.     Attached hereto as Exhibit 27 is a true and correct copy of a news report titled "Que hay detras del avion venezolano que aterrizo en Atenas?" published by Contexto Diario, a

Venezuelan news website, on March 5, 2019, reporting that a PDVSA plane landed in Athens with Venezuela's Minister of Foreign Affairs, Jorge Arreaza, onboard.

32. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of a news report titled "Kamla to PM: Did PDVSA officials visit T&T in March?" published by Loop News on May 8, 2020.

33. Attached hereto as <u>Exhibit 29</u> is a true and correct image of a tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on May 31, 2019. The tweet is accurately translated in the English language as "The ad hoc PDVSA Board continues to work actively to recover Venezuela's assets abroad . . . ."

34. Attached hereto as <u>Exhibit 30</u> is a true and correct image of a tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on June 4, 2019. The tweet is accurately translated in the English language as "The new CITGO Board of Directors cooperates with North American courts to safeguard the *assets of Venezuela* and determine responsibility."

35. Attached hereto as <u>Exhibit 31</u> is a true and correct image of a tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on July 17, 2019. The tweet is accurately translated in the English language as "[[CITGO's] value and potential is incalculable, we must recover it and put it at the service of Venezuelans."

36. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of a news report titled "Maduro Planificó Fuga de Alex Saab con un Avión Falcon y un Barco en Guinea," published by PanAm Post and dated July 13, 2020. The first two paragraphs of the article are accurately translated in the English language as "The Nicolás Maduro regime, desperate to prevent the extradition of its front man, Alex Saab, to the United States, sent a PDVSA Falcon plane in a movielike rescue attempt. A joint report between *Expresso* and *Armando.info* revealed that the

aircraft was in Bissau (Guinea) for four days; and according to sources linked to local authorities, the crew and passengers of the plane did not pass through immigration controls or go to the city, so they were not identified."

37. Attached hereto as <u>Exhibit 33</u> is a true and correct copy of a news report titled "'He's the Go-To Guy': Venezuelan Dealmaker Alex Saab Arrested," published by the Financial Times and dated June 28, 2020.

38. Attached hereto as <u>Exhibit 34</u> is a true and correct copy of a news report titled "Cape Verde Approves Extradition to U.S. of Venezuelan Regime's Financial Whiz," published by the Miami Herald and dated July 14, 2020.

39. Attached hereto as <u>Exhibit 35</u> is a true and correct copy of a news report titled "Maduro Envía a Cuba Cuatro Cargueros de Petróleo en Plena Escasez Nacional de Gasolina," published by ABC Internacional, a Spanish newspaper, and dated March 30, 2020. The article was published in the Spanish language. The first paragraph of the article is accurately translated in the English language as "In the midst of the terrible humanitarian crisis in Venezuela, the regime of Nicolás Maduro sent four oil tankers to Cuba yesterday while fuel is rationed and restricted for Venezuelans who must stand in endless lines to refuel their vehicles."

40. Attached hereto as <u>Exhibit 36</u> is a true and correct copy of a news report titled "Aseguran que el Buque Beauty One Carga Gasolina en El Palito Para Trasladarla a Cuba," published by El Nacional and dated July 20, 2020. The article was published in the Spanish language. The first paragraph of the article is accurately translated in the English language as "The ship Beauty One could be found this Sunday loading gasoline at dock 2 of the El Palito refinery, presumably to transport it to Cuba, sources told El Carabobeño." The third paragraph of the article

is accurately translated in the English language as, "'The truth is that from Caranero [another Venezuelan port] it will leave for the island next Tuesday,' reported the news portal."

41. Attached hereto as <u>Exhibit 37</u> is a true and correct copy of a press report titled "Venezuela opposition plans to get oil money from U.S. fund," published by Reuters on February 6, 2019.

42. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a press report titled "Following the money behind Venezuela's coup," published by CBC on April 30, 2019.

43. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of a news report titled "Maduro ordenó a trabajadores de Pdvsa atacar a Guaidó por sanciones a Rosneft," published by El Nacional and dated February 19, 2020. The article was published in the Spanish language. The first paragraph of the article is accurately translated in the English language as "'Juan Guaidó, that sewer rat, traitor. PDVSA workers have to identify him and shout at him: traitor, sell-out!' Maduro said on a national broadcast."

44. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of a news report titled "To Fight or Adapt? Venezuela's Fading Opposition Struggles to Keep Going," published by the New York Times on February 13, 2021.

45. Attached hereto as <u>Exhibit 41</u> is a true and correct image of a tweet posted by PDVSA's official Twitter account (@PDVSA) on February 10, 2021, in support of "Ley Antibloqueo," which in the English language translates to the "Anti-blockade Law." PDVSA's official Twitter account tweeted similar tweets regarding Ley Antibloqueo dozens of times since October 2020.

46. Attached hereto as <u>Exhibit 42</u> is a true and correct image of a tweet posted by PDVSA's official Twitter account (@PDVSA) on December 15, 2020. An excerpt of the tweet is

accurately translated in the English language as "The objective we set ourselves last year was to reactivate Petrocaribe at its best, it is the challenge we set ourselves for 2021, its productive expansion."

47.     Attached hereto as <u>Exhibit 43</u> is a true and correct image of a retweet of the Ministry of Petroleum's tweet posted by PDVSA's official Twitter account (@PDVSA) on February 15, 2021.  The Ministry's tweet provides a schedule for fuel distribution at PDVSA locations.

48.     Attached hereto as <u>Exhibit 44</u> is a true and correct image of a tweet posted by PDVSA's official Twitter account (@PDVSA) on February 16, 2021, which includes a picture that states, in part "In PDVSA we think as a Nation."

49.     Attached hereto as <u>Exhibit 45</u> is a true and correct image of a tweet posted by PDVSA's official Twitter account (@PDVSA) on February 11, 2021, which includes a picture that states, in part "In PDVSA we think as a Country."

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 19, 2021.

                                                    */s/ Barbara Miranda*
                                                    Barbara Miranda