IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OI EUROPEAN GROUP B.V.          :
                                :
                    Plaintiff,  :
                                :
        v.                      :    C.A. No.: 1:19-mc-00290-LPS
                                :
BOLIVARIAN REPUBLIC OF VENEZUELA, :
                                :
                    Defendant.  :

## [PROPOSED] ORDER GRANTING PETRÓLEOS DE VENEZUELA, S.A.'S UNOPPOSED MOTION TO INTERVENE

AND NOW, this _____18th_____ day of _____March_____, 2021, this Court having

considered Petróleos de Venezuela, S.A.'s ("PDVSA") unopposed motion, pursuant to Fed. R.

Civ. P. 24(a)(2) and (b)(1)(B), to intervene in this action (the "Intervention Motion") and to file

papers in response to plaintiff OI European Group B.V.'s Renewed Motion for an Order

Authorizing the Issuance of a Writ of Attachment *Fieri Facias* [D.I. 48] (the "Renewed

Attachment Motion");

IT IS HEREBY ORDERED that:

1.    The Intervention Motion is GRANTED;

2.    PDVSA is permitted to file a response to the Renewed Attachment Motion; and

3.    Consistent with the Court's prior orders regarding scheduling and pages limits [D.I. 45, 47], PDVSA's response to the Renewed Attachment Motion must be submitted no later than April 2, 2021 and the page limit for PDVSA's response to the Renewed Attachment Motion is extended from 20 pages to 35 pages.

_____
UNITED STATES DISTRICT JUDGE