# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., | : <br> : <br> : |
| *Plaintiff*, | :     C.A. No. 1:19-mc-00290-LPS <br> : |
| v. | : <br> : |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : <br> : |
| *Defendant*. | : <br> : <br> : |

## INTERVENOR PETRÓLEOS DE VENEZUELA, S.A.'S
## CROSS-MOTION TO DISMISS FOR LACK OF JURISDICTION

Intervenor Petróleos de Venezuela, S.A., by and through its undersigned counsel, moves to dismiss this action in its entirety for lack of subject matter jurisdiction and lack of personal jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330 *et seq.* ("Cross-Motion"), pursuant to Federal Rule 12(b). The grounds for this Cross-Motion are more fully set forth in the accompanying memorandum of law, which is filed concurrently herewith.

2

|  |  |
|---|---|
| OF COUNSEL:<br><br>Joseph D. Pizzurro<br>Kevin A. Meehan<br>Julia B. Mosse<br>Juan O. Perla<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 696-6000<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>jmosse@curtis.com<br>jperla@curtis.com<br><br>April 2, 2021 | HEYMAN ENERIO GATTUSO & HIRZEL LLP<br><br>*/s/ Samuel T. Hirzel*<br>Samuel T. Hirzel, II (#4415)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>shirzel@hegh.law<br><br>*Attorneys for Intervenor Petróleos de Venezuela, S.A.* |