

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial:   (302) 472-7315
Email:   shirzel@hegh.law

April 8, 2021

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

      Re:   *OI European Group B.V. v. Bolivarian Republic of Venezuela*,
             C.A. No. 1:19-mc-00290-LPS

Dear Chief Judge Stark:

    In accordance with Your Honor's "Discovery Matters" Procedures, Intervenor Petróleos de Venezuela, S.A. ("PDVSA") and Plaintiff OI European Group B.V. ("OIEG") submit this joint letter to request the scheduling of a discovery teleconference.

    On April 6, 2021, the following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a telephonic meet-and-confer:

    **For PDVSA**:  Samuel T. Hirzel, II (Heyman, Enerio, Gattuso & Hirzel LLP, Delaware Counsel), Julia B. Mosse, Kevin A. Meehan, Juan O. Perla (Curtis, Mallet-Prevost, Colt & Mosle LLP, Lead Counsel)

    **For OIEG**:  Jody C. Barillare (Delaware Counsel) and Christopher L. Carter (Morgan, Lewis & Bockius LLP, Lead Counsel); Fernando J. Menendez, Cristina Vicens Beard, Barbara Miranda (Sequor Law, Lead Counsel)

    The disputes requiring judicial attention are the following:

1. Whether, pursuant to the Foreign Sovereign Immunities Act, the Federal Rules of Civil Procedure, and this Court's Scheduling Order (D.I. 45), the Court should enter a protective order as to OIEG's Notice of Taking Rule 30(b)(6) Deposition *Duces Tecum* (D.I. 63-1) that directs a PDVSA corporate representative to appear for a deposition on April 8, 2021 and produce documents on or before that date.   In particular, PDVSA disputes whether OIEG is entitled to any jurisdictional dis-



        covery from PDVSA or members of its *ad hoc* administrative board and the timing and scope of that discovery.

2. Whether, pursuant to the Foreign Sovereign Immunities Act, the Federal Rules of Civil Procedure, and this Court's Scheduling Order (D.I. 45), the Court should enter a protective order and/or an order quashing the non-party subpoena *duces tecum* that OIEG served on Horacio Francisco Medina Herrera (D.I. 61-1), Chairman of the PDVSA *ad hoc* board, that directs Mr. Medina to appear for a deposition on April 9, 2021 and produce documents on or before that date. In particular, PDVSA disputes whether OIEG is entitled to any jurisdictional discovery from PDVSA or members of its *ad hoc* administrative board and the timing and scope of that discovery.

        In light of the important issues of foreign sovereign immunity that are at the core of these discovery disputes, PDVSA respectfully requests that in lieu of the Court's ordinary practice whereby the parties to the dispute each submit a 3-page letter brief in advance of the teleconference, that the Court grant PDVSA leave to file a motion for a protective order and/or to quash that is consistent with the Court's Local Rules for motion practice. PDVSA would be prepared to file such a motion within one (1) business day of the Court's granting it leave to do so. Given the magnitude of the issues at stake, PDVSA respectfully submits that these disputes cannot be resolved in a truncated fashion, but PDVSA is prepared to move expeditiously to have the disputes raised with the Court.

        OIEG does not consent to PDVSA's request and respectfully requests that the dispute among the parties be addressed through the submission of 3-page letter briefs pursuant to this Court's established procedures. OIEG further requests that the issues raised by PDVSA be addressed pursuant to an expedited schedule and telephonic conference that would allow all necessary discovery to be taken well in advance of the hearing on this matter, which is scheduled to proceed on April 30, 2021 pursuant to this Court's Scheduling Order (D.I. 45).

        Respectfully submitted,

        */s/ Samuel T. Hirzel, II*

        Samuel T. Hirzel, II (#4415)
        *Counsel for Petróleos de Venezuela, S.A.*

        */s/ Jody C. Barillare*
        Jody C. Barillare (#5107)
        *Counsel for OI European Group B.V.*

STH/cmw
cc: All Counsel of Record (via e-filing)