# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 19-mc-290 (LPS) |

## SECOND SUPPLEMENTAL DECLARATION OF BARBARA MIRANDA

I, Barbara Miranda, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am an attorney and the Director of Investigations at the law firm of Sequor Law, P.A., which is counsel for Plaintiff and judgment creditor OI European Group B.V. ("OIEG") in the above-captioned action.

2. I am fluent in both English and Spanish.

3. I make this declaration in support of Plaintiff's Renewed Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias*.

4. Attached hereto as Exhibit 1 is a true and correct copy of a press release published on the PDVSA ad hoc board's website titled "The ad hoc Administrative Board of Petróleos de Venezuela, S.A. Announces Payment of the PDVSA 2020 Coupon.," dated April 29, 2019, and available at http://pdvsa-adhoc.com/notice1/.

5. Attached hereto as Exhibit 2 is a true and correct copy of a press release published on the PDVSA ad hoc board's website titled "The ad hoc administrative board of Petróleos de

Venezuela, S.A. announces that the National Assembly of the Bolivarian Republic of Venezuela has authorized the payment of interest on the PDVSA 2020 bond," dated May 9, 2019, and available at http://pdvsa-adhoc.com/notice2/.

6. Attached hereto as Exhibit 3 is a true and correct copy of a press release published on the PDVSA ad hoc board's website titled "The ad hoc Administrative Board of Petróleos de Venezuela, S.A. Announces Payment of the PDVSA 2020 Coupon.," dated May 15, 2019, and available at http://pdvsa-adhoc.com/notice3/.

7. Attached hereto as Exhibit 4 is a true and correct copy of a PDVSA Organization Chart published in the English language version of the PDVSA corporate website available at http://www.pdvsa.com/index.php?option=com_content&view=article&id=6544&Itemid=889&lang=en.

8. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of Manuel A. Gomez in Support of Northrop Grumman Ship Systems, Inc's Reply to Petroleos De Venezuela, S.A's Cross-Motion to Dismiss for Lack of Jurisdiction and in Opposition of Plaintiff's Amended Motion for a Writ of Attachment *Fieri Facias*, filed in *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of The Republic of Venezuela*, Case No. 1:20-mc-00257 (D. Del. Apr. 16, 2021) [D.I. 39].

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 23, 2021.

_____
Barbara Miranda