# ABRAMS & BAYLISS LLP

20 Montchanin Road, Suite 200
Wilmington, DE 19807
Main: 302-778-1000
Fax: 302-778-1001

A. Thompson Bayliss

Direct Dial Number
302-778-1033
Bayliss@AbramsBayliss.com

June 1, 2021

**BY CM/ECF AND EMAIL**

The Honorable Leonard P. Stark
United States District Court,
District of Delaware,
J. Caleb Boggs Federal Building,
844 N. King Street,
Wilmington, DE 19801-3555

   Re: *OI European Group B.V. v. Bolivarian Republic of Venezuela,*
     No. 1:19-mc-00290-LPS (D. Del)

Dear Judge Stark:

  I represent Defendant the Bolivarian Republic of Venezuela (the "Republic") in the above-captioned matter. I write in response to the Court's May 11, 2021 Order permitting the parties to file post-hearing briefs on May 25, 2021 addressing issues raised during the hearing held on April 30, 2021, and permitting responsive briefs to be filed on June 1. D.I. 94. In accordance with the Court's order, the Republic filed a post-hearing memorandum on May 25, 2021 in which the Republic endorsed the arguments made by PDVSA in its Post-Hearing Brief, D.I. 95, and wrote separately to address two distinct issues not addressed in PDVSA's brief, D.I. 98. Rather than separately drafting a responsive post-hearing brief, for the sake of efficiency, the Republic hereby advises the Court that it agrees with and adopts the arguments set forth in Intervenor Petróleos de Venezuela S.A.'s Responsive Post-Hearing Brief, D.I. 101.

              Respectfully,

              */s/ A. Thompson Bayliss*

              A. Thompson Bayliss (#4379)

ATB/dab

cc: Counsel of record (via ECF)