

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial: (302) 472-7315
Email: shirzel@hegh.law

June 7, 2021

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
U.S. District Court for the
District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re: *OI European Group B.V. v. Bolivarian Republic of Venezuela*, 19-mc-00290-LPS

Dear Chief Judge Stark:

    In accordance with Your Honor's New Procedures, Intervenor Petróleos de Venezuela, S.A. ("PDVSA") and Plaintiff OI European Group B.V. ("OIEG") submit this joint letter to request a teleconference to address PDVSA's motion to strike [D.I. 99] (i) the Declaration of John E. Smith [D.I. 97] (the "Smith Declaration") and (ii) any references to and assertions supported by the Smith Declaration in OIEG's post-hearing briefs [D.I. 96, 102].

                            Respectfully submitted,

                            */s/ Samuel T. Hirzel, II*

                            Samuel T. Hirzel, II (#4415)

cc: All counsel of record (via ECF)