# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

October 25, 2021

**VIA CM/ECF**

Hon. Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

> Re:   OI European Group B.V. v. Bolivarian Republic of Venezuela,
>       Case No. 19-mc-290-LPS

Dear Judge Stark:

I write on behalf of Plaintiff OI European Group B.V. ("OIEG") to request a status conference in the above-captioned proceeding for November 8, 2021, at 9:30 a.m.

OIEG understands that the Court will at that time be hearing argument in the *Crystallex* attachment proceeding regarding the *Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters* (the "Proposed Order"), Case No. 17-151-LPS (D. Del. Sep. 15, 2021) [D.I. 348]. *See* Memorandum Order, Case No. 17-151-LPS (D. Del. Sep. 8, 2021) [D.I. 337]. The Proposed Order contemplates "Additional Judgments" in the process, *id*. at ¶¶ 27-29; OIEG is one of the judgment creditors contemplated by that provision. *Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order*, Case No. 17-151-LPS (D. Del. Sep. 15, 2021) [D.I. 348] ¶ 60. OIEG would appreciate the opportunity to address how the Proposed Order (or modifications that may be discussed by the *Crystallex* parties and the Special Master) may affect its rights and those of other creditors.

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street
Suite 2201
Wilmington, DE  19801          T +1.302.574.3000
United States                  F +1.302.574.3001

DB1/ 125082210.2

Hon. Leonard P. Stark
October 25, 2021
Page 2

The Court has in the past scheduled related Venezuela matters at the same time in order to hear the perspective of affected parties.  A status conference in Case No. 19-mc-0290 would be a useful mechanism to accomplish that here.

Respectfully,

*/s/ Jody C. Barillare*
Jody C. Barillare
DE Bar No. 5107


cc:	All counsel of record (by CM/ECF)