# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br>　　　　　Plaintiff, <br>　v. <br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>　　　　　Defendant. | C.A. No.: 19-mc-00290-LPS |

## PROPOSED FINDINGS OF FACT OF
## DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA

Pursuant to the Court's Order entered in the above-captioned proceeding on October 24, 2022, Defendant Bolivarian Republic of Venezuela agrees with the Proposed Findings of Fact submitted by Intervenor Petróleos de Venezuela, S.A. (D.I. 122).

| | |
|---|---|
| OF COUNSEL:<br><br>Sergio J. Galvis<br>Joseph E. Neuhaus (*pro hac vice*)<br>James L. Bromley (*pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:  212-558-4000<br>Facsimile:  212-558-3588<br>galviss@sullcrom.com<br>neuhausj@sullcrom.com<br>bromleyj@sullcrom.com<br><br>Judson O. Littleton<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W. Suite 700<br>Washington, D.C. 20006<br>Telephone:  202-956-7500<br>Facsimile:  202-293-6330<br>littletonj@sullcrom.com<br><br>Dated:  November 10, 2022 |  /s/ Stephen C. Childs<br>A. Thompson Bayliss (#4379)<br>Stephen C. Childs (#6711)<br>ABRAMS & BAYLISS<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>Telephone:  302-778-1000<br>Facsimile:  302-261-0292<br>bayliss@abramsbayliss.com<br>childs@abramsbayliss.com<br><br>*Attorneys for Defendant Bolivarian Republic of Venezuela* |