# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

March 20, 2023

**BY ECF**

The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:   *OI European Group B.V. v. Bolivarian Republic of Venezuela*
      Case No. 19-mc-290-LPS

Dear Judge Stark:

On behalf of OI European Group B.V. ("OIEG"), we write in response to Petróleos de Venezuela, S.A.'s ("PDVSA") letter dated March 15, 2023.  D.I. 129.

Citing a recent Eleventh Circuit decision, PDVSA asserts that the decision supports PDVSA's argument that "the acts of the Maduro regime and its agents cannot be considered at all, let alone attributed to the Republic or PDVSA." *Id*. at 1.  However, the recent decision simply addressed the question of whether a "Maduro entity had the authority to bring suit in Petróleos de Venezuela's name." *PDVSA US Litigation Trust v. LukOil Pan Americas LLC*, 2023 WL 2469178, at *4 (11th Cir. Mar. 13, 2023).  In response, the Eleventh Circuit determined that "[t]hat question is nonjusticiable" because the Executive Branch does not recognize the Maduro government.  *Id*. at *3-4.

This recent decision does no more than confirm a longstanding principle – only a recognized government is authorized to speak and appear in U.S. courts on behalf of a foreign sovereign. *See Guaranty Trust Co. of New York v. U.S.*, 304 U.S. 126, 137 (1938).  But this recognition principle does not require that this Court ignore the *de facto* government through which Venezuela acts.  *See Bank of China v. Wells Fargo Bank & Union Trust Co.*, 92 F. Supp. 920, 923 (N.D. Cal. 1950) ("One of the accepted consequences is that a non-recognized government cannot be recognized by the court as a litigant.  But it does not follow that the existence of a non-recognized government must be completely ignored.  The courts of the United States have given effect to the acts of a non-recognized, de facto government done within the territory it controls and affecting its own nationals.  This effect has been given

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201
Wilmington, DE 19801            T  +1.302.574.7294
United States                         F  +1.302.574.3001

The Honorable Leonard P. Stark
March 20, 2023
Page 2

when it has appeared that the most realistic and just result will thus be achieved and that the foreign policy of the executive branch of our government will not be thwarted."). The question here is whether PDVSA is the alter ego of the Bolivarian Republic of Venezuela under the *Bancec* extensive-control inquiry, which, as OIEG has argued, requires consideration of the Maduro government's actions.

Best regards,

*/s/ Jody C. Barillare*

Jody C. Barillare (#5107)

JCB