# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>                Plaintiff,<br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                Defendant. | C.A. No.: 1:19-mc-00290-LPS |

## RULE 7.1.1 CERTIFICATE

I hereby certify that, on April 17, 18, and 28, 2023, Abrams & Bayliss LLP and Delaware counsel for Plaintiff communicated, in writing and via telephone in an attempt to reach a resolution regarding the attached Motion to Withdraw as Counsel for Defendant Bolivarian Republic of Venezuela.  Counsel for Defendant Bolivarian Republic of Venezuela. Counsel for OIEG has advised that OIEG opposes this motion unless and until substitute counsel appears in this case on behalf of Venezuela.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | /s/ *Stephen C. Childs* |
|  | A. Thompson Bayliss (#4379) |
| Joseph E. Neuhaus (*pro hac vice*) | Stephen C. Childs (#6711) |
| James L. Bromley (*pro hac vice*) | ABRAMS & BAYLISS LLP |
| SULLIVAN & CROMWELL LLP | 20 Montchanin Road, Suite 200 |
| 125 Broad Street | Wilmington, Delaware  19807 |
| New York, New York  10004 | (302) 778-1000 |
| Telephone:  212-558-4000 | bayliss@abramsbayliss.com |
| Facsimile:  212-558-3588 | childs@abramsbayliss.com |
| neuhausj@sullcrom.com |  |
| bromleyj@sullcrom.com |  |

Dated: April 28, 2023