IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, *et al.*, <br><br> Defendants. | Case No. 19-cv-290-LPS |
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendants. | Case No. 19-mc-290-LPS |

**STIPULATION AND [PROPOSED] ORDER REGARDING
TIME TO RESPOND**

IT IS HEREBY STIPULATED by and between (i) Movants Sullivan & Cromwell LLP and Abrams & Bayliss LLP, (ii) Plaintiff OI European Group B.V. ("OIEG"), by and through its counsel, and (iii) solely with respect to Case No. 19-cv-290, Defendants GLAS Americas LLC and MUFG Union Bank, N.A., in their respective capacities as Collateral Agent and Trustee, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing Petróleos de Venezuela, S.A's Senior Secured Notes due 2020, by and through their counsel, that the time for OIEG, the Collateral Agent, and the Trustee to respond to the Motions to Withdraw as Counsel for Defendant Bolivarian Republic of

Venezuela, Case No. 19-cv-290, D.I. 75; Case No. 19-mc-290, D.I. 143, is extended to and including May 19, 2023.

May 12, 2023

| | |
|---|---|
| ABRAMS & BAYLISS | MORGAN, LEWIS, & BOCKIUS LLP |
| By: /s/ Stephen C. Childs<br>A. Thompson Bayliss (#4379)<br>Stephen C. Childs (#6711)<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>Telephone: 302-778-1000<br>Facsimile: 302-261-0292<br>bayliss@abramsbayliss.com<br>childs@abramsbayliss.com | By: /s/ Jody C. Barillare<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: 302-574-3000<br>Facsimile: 302-574-3001<br>jody.barillare@morganlewis.com |
| SULLIVAN & CROMWELL LLP<br>Joseph E. Neuhaus (*pro hac vice*)<br>James L. Bromley (*pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone: 212-558-4000<br>Facsimile: 212-558-3588<br>neuhausj@sullcrom.com<br>bromleyj@sullcrom.com | MORGAN, LEWIS, & BOCKIUS LLP<br>Jonathan M. Albano (*pro hac vice*)<br>Christopher L. Carter (*pro hac vice*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617-341-7700<br>Facsimile: 617-341-7701<br>jonathan.albano@morganlewis.com<br>christopher.carter@morganlewis.com |
| | SEQUOR LAW, P.A.<br>Edward H. Davis, Jr. (*pro hac vice*)<br>Fernando J. Menendez (*pro hac vice*)<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131<br>Telephone: 305-372-8282<br>Facsimile: 305-372-8202<br>edavis@sequorlaw.com<br>fmenendez@sequorlaw.com |
| | *Counsel for Plaintiff OI European Group B.V.* |

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP

By: /s/ Daniel A. Mason
    Daniel A. Mason (#5206)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
Telephone: 302-655-4410
Facsimile: 302-655-4420
dmason@paulweiss.com

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
Walter Rieman (*pro hac vice*)
Jonathan Hurwitz (*pro hac vice*)
Shane D. Avidan (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Facsimile: 212-757-3990
wrieman@paulweiss.com
jhurwitz@paulweiss.com
savidan@paulweiss.com

*Attorneys for Defendants GLAS Americas LLC and MUFG Union Bank, N.A., in their respective capacities as Collateral Agent and Trustee, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020.*

IT IS SO ORDERED, this _____ day of May 2023.

_____
United States Circuit Judge

3