IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, *et al.*, <br><br> Defendants. | Case No. 19-cv-290-LPS |
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 19-mc-290-LPS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Stephen C. Childs, Esq. of Abrams & Bayliss LLP, is hereby withdrawn as counsel for defendant Bolivarian Republic of Venezuela (the "Republic") in these actions. Abrams & Bayliss LLP and Munger, Tolles & Olson LLP will continue to represent the Republic in these actions.

OF COUNSEL:

Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500 E
Washington, DC  20001
(202) 220-1100
Donald.Verrilli@mto.com

George M. Garvey
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
(213) 683-9100
George.Garvey@mto.com

Dated: October 20, 2023

/s/ A. Thompson Bayliss
A. Thompson Bayliss (#4379)
Christopher Fitzpatrick Cannataro (#6621)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
(302) 778-1000
bayliss@abramsbayliss.com
cannataro@abramsbayliss.com

*Counsel for Bolivarian Republic of Venezuela*