IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 17-mc-151-LPS |
| OI EUROPEAN GROUP B.V.,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 19-mc-290-LPS |

### AFFIDAVIT OF DELIVERY TO CLERK OF COURT

STATE OF DELAWARE    :
                             : SS:
COUNTY OF NEW CASTLE  :

    I, Brian Loughnane, being duly sworn according to law, hereby depose and state the following:

    1.    I am an Associate with the law firm of Morgan, Lewis & Bockius LLP and am a member in good standing of the bar of the State of Delaware and the United States District Court for the District of Delaware.

    2.    I represent Plaintiff, judgment creditor and writ holder OI European Group B.V. ("OIEG") in the above-captioned action.

DB1/ 144523312.2

3. I am authorized to make this affidavit on behalf of OIEG and I have personal knowledge of all matters set forth herein.

4. I file this Affidavit pursuant to (i) that certain August 24, 2023 Joint Status Report filed by the Special Master [D.I. 693], as adopted by the Court's October 11, 2023 Memorandum Order [D.I. 738] and (ii) that certain *Priority Order* dated March 1, 2024 [D.I. 996] (the "Priority Order").

5. On March 4, 2024, at 9:43 a.m. (ET), I caused to be delivered to the Clerk of Court at 844 North King Street, Room 4209, Wilmington, DE 19801 two copies each of (i) a *Praecipe* from OIEG (ii) a proposed form of the *Writ Of Attachment Fieri Facias*, and (iii) the Priority Order.

6. Samantha Grimes accepted delivery of the aforementioned documents.

7. The foregoing statements are true and correct, and they are based upon my own personal knowledge.

MORGAN, LEWIS & BOCKIUS LLP

Brian Loughnane (#6853)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-3000
brian.loughnane@morganlewis.com

Sworn to and subscribed before me this 4th day of March, 2024.

Lori M. Gibson
Notary Public

LORI M. GIBSON
MY COMMISSION EXPIRES
March 19, 2024
NOTARY PUBLIC
STATE OF DELAWARE

DB1/ 144523312.2